UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00058

**Johnathan Roy Ridge,**
*Plaintiff,*

v.

**Gregg County et al.,**
*Defendants.*

**ORDER**

 Plaintiff Johnathan Roy Ridge, an inmate of the Gregg County Jail proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

 On March 22, 2022, the magistrate judge issued a report recommending that the plaintiff's claims against the Gregg County Jail and the City of Longview be dismissed for failure to state a claim upon which relief can be granted. Doc. 11. The plaintiff's claims against another defendant are proceeding as instructed by separate order. *Id.* at 1. A copy of the report was mailed to the plaintiff, who has not filed an objection within the time permitted.

 When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 11. Gregg County Jail and the City of Longview are dismissed from this suit pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(b).

- 2 -

*So ordered by the court on May 5, 2022.*

J. CAMPBELL BARKER
United States District Judge