UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00058

**Jonathan Roy Ridge,**
*Plaintiff,*

v.

**Gregg County et al.,**
*Defendants.*

### ORDER

Plaintiff Jonathan Roy Ridge, a former inmate of the Gregg County Jail proceeding pro se, filed a civil-rights lawsuit under 42 U.S.C. § 1983 while he was incarcerated. The case was referred this case to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

After all other defendants were dismissed, defendant White moved for summary judgment on the grounds that plaintiff failed to exhaust his administrative remedies before filing suit as required by Title 42 U.S.C. § 1997e(a). Docs. 22, 26. On January 9, 2023, the magistrate judge issued a report recommending that defendant White's motion be granted and that this case be dismissed due to plaintiff's failure to exhaust administrative remedies. Doc. 32. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case.

*So ordered by the court on February 10, 2023.*

J. Campbell Barker
United States District Judge